IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOUGLAS MALONE ROGERS II,

      Petitioner,

vs.                                                CIVIL NO. 06-1169 JH/LFG

MICHAEL MARTIN, Warden, and
GARY K. KING, Attorney General
of the State of New Mexico,

      Respondents.

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
### AND RECOMMENDED DISPOSITION
### AND DISMISSING ACTION WITH PREJUDICE

THIS MATTER came before the Court on the Magistrate Judge's Findings and Recommended Disposition filed March 21, 2007 [Doc. 13]. Petitioner did not file objections and the deadline for filing objections has passed. The Court accepts the findings and recommended disposition.

IT IS HEREBY ORDERED that the findings and recommended disposition of the United States Magistrate Judge are adopted by the Court.

IT IS FURTHER ORDERED that the petition is denied and this action be, and it hereby is, dismissed with prejudice.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE